UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HABER LAND CO. LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:18-cv-4091-JMS-MJD |
| ) | |
| AMERICAN STEEL CITY INDUSTRIAL ) | |
| LEASING, INC., ) | |
| CATERPILLAR GLOBAL MINING, LLC, ) | |
| GE ENGINE SERVICES – UNC HOLDING I INC., ) | |
| LUCAS-FERMAT LLC, ) | |
| MOSEY REAL ESTATE, INC., ) | |
| MOSEY MANUFACTURING CO. INC., ) | |
| ALD INDIANA, LLC, and ) | |
| GENERAL RECOVERY RECYCLING, LLC, ) | |

Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge has submitted his Report and Recommendation, recommending that the Court issue an Entry of Default against Defendant American Steel City Industrial Leasing, Inc. ("American Steel") and dismiss all of American Steel's counterclaims and crossclaims. [Filing No. 245.] The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 1/14/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

1

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

AMERICAN STEEL INDUSTRIAL CITY
INDUSTRIAL LEASING, INC.
c/o Linda Marsteller
2771 Henn Hyde Road, NE
Warren, OH 44484

**Distribution via U.S. Mail & Email to:**

AMERICAN STEEL INDUSTRIAL CITY
INDUSTRIAL LEASING, INC.
c/o Thomas Nader
NADER AND NADER
7011 E. Market St.
Warren, OH 44484
nader@naderandnaderlawoffice.com